**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 14 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CELIA VICTORINA BENAVIDEZ, | No. 07-74325 |
| Petitioner, | Agency No. A094-454-970 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

Celia Victorina Benavidez, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' ("BIA") order summarily affirming

an immigration judge's decision finding her removable and denying her

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

applications for cancellation of removal and voluntary departure. We dismiss the petition for review.

We lack jurisdiction to review Benavidez's contentions regarding her conviction because she failed to exhaust the contentions before the BIA. *See Figueroa v. Mukasey*, 543 F.3d 487, 492 (9th Cir. 2008) ("The exhaustion doctrine requires that the petitioner put the BIA on notice as to the specific issues so that the BIA has an opportunity to pass on those issues.") (internal quotations and alterations omitted).

**PETITION FOR REVIEW DISMISSED.**